## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MARBLEE SEABROOK,**

    **Plaintiff,**

**v.**                                     **Case No. 4:23-cv-7-AW-MAF**

**ASHLEY NOLAN, et al.,**

    **Defendants.**

_____/

### <u>ORDER OF DISMISSAL</u>

I have considered the magistrate judge's February 24, 2023 report and recommendation. ECF No. 6. There has been no objection. I conclude, like the magistrate judge, that the case should be dismissed. Section IV of the report and recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 3, 2023.

s/ *Allen Winsor*_____
United States District Judge